| Return | | |
|---|---|---|
| Case No.: 21-400MB | Date and time warrant executed: 12/02/2021 6:00 am | Copy of warrant and inventory left with: NA |
| Inventory made in the presence of : N/A | | |
| Inventory of the property taken and name of any person(s) seized: Ditigal data including photos, SMS text messages, WhatsApp messages, Snap chat messages, video and audio recordings. | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 04/06/2022

_____ #6395
*Executing officer's signature*

ATF Special Agent; Daniel Kolodziej
*Printed name and title*